UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROGER EUGENE GRESHAM, | ) | NO. CV 10-6332 DDP (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| TERESER A. BANKS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 30, 2011

_____
DEAN D. PREGERSON
United States District Judge